IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBRA K. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV245 |
| | ) | |
| v. | ) | |
| | ) | |
| ED RIEKER, DEE MAY, GLENN JOHNSON, SAVANNAH SELLERS, CAROLINE TRUJILLO, and HOUSING AUTHORITY OF CITY OF NORTH PLATTE, NEBRASKA, The, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend time to respond to defendants' motion for summary judgment until December 16, 2009. Filing No. 29. The Court has reviewed the record and finds the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to extend time, Filing No. 29, to respond to the summary judgment motion is granted. Plaintiff shall respond on or before December 16, 2009.

DATED this 23rd day of November, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge