IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA K. MORGAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ED RIEKER, et al.,** )<br>)<br>**Defendants.** ) | **8:09CV245**<br><br>**ORDER** |

Upon notice of settlement given on December 3, 2009, by counsel for the plaintiff,

**IT IS ORDERED that:**

1.   **On or before January 4, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.   The defendants' Motion for Summary Judgment (Filing No. 26) is termed and the planning conference previously scheduled is cancelled, upon the representation that this case is settled.

DATED this 4th day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge